# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LESLIE HUBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 7:03CV5026 |
| TOM BLANCHARD and CAROL ) | |
| HOLT, d/b/a COUNCIL OF ) | ORDER OF DISMISSAL |
| MOTORSPORTS CLUBS–ROCKY ) | |
| MOUNTAIN REGION, INC., and ) | |
| MICHAEL J. BAURES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on the plaintiff's MOTION TO DISMISS WITH PREJUDICE (#46). Being fully advised in the premises, the court finds that dismissal is appropriate. Pursuant to Fed. R. Civ. P. 41(a)(2),

**IT IS ORDERED:**

1. The MOTION TO DISMISS WITH PREJUDICE (#46) is granted.

2. This case is dismissed with prejudice as to each and every claim.

3. Each party shall pay its own costs and attorneys' fees unless otherwise agreed by the parties.

**DATED December 2, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**